UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

ADILA DJUZO

                              Plaintiff,

    **-v.-**

                              Civil Action No.
                              5:13-cv-272 (GLS/ESH)

COMMISSIONER OF SOCIAL
SECURITY

                              Defendant.
--------------------------------------------------------------------------------

APPEARANCES:                        OF COUNSEL:

**FOR THE PLAINTIFF:**

Olinsky Law Group              HOWARD D. OLINSKY, ESQ.
300 S. State Street
Suite 420
Syracuse, New York 13202

**FOR THE DEFENDANT:**

Social Security Administration     KATRINA M. LEDERER, ESQ.
Office of Regional General Counsel
Region II
26 Federal Plaza - Room 3904
New York, New York 10278

GARY L. SHARPE,
CHIEF JUDGE

## **ORDER**

    The above-captioned matter comes to this court following a Report-

Recommendation by Magistrate Judge Earl S. Hines, duly filed October 3,

2014. Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED that the Report-Recommendation of Magistrate Judge Earl S. Hines filed October 3, 2014 (Dkt. No. 14) is ACCEPTED in its entirety for the reasons stated therein; and it is further

ORDERED that the Commissioner's decision is REVERSED and the case is REMANDED pursuant to 42 U.S.C. § 405(g), sentence four, for further proceedings in accordance with the recommendation; and it is further

ORDERED that the Clerk close this case and provide a copy of this Order to the parties in accordance to the local rules.

IT IS SO ORDERED.

Dated: November 7, 2014
Albany, New York

Gary L. Sharpe
Chief Judge
U.S. District Court